UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 21-872 (MAS) |
| v. : | |
| : | Hon. Michael A. Shipp |
| MICHAEL DELAHANTY and : | |
| MATTHEW PRZEMIENIECKI : | |

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Martha Nye, Assistant U.S. Attorney, appearing), and defendant Michael Delahanty (David Schroth, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of April, 2023,

ORDERED that this action be, and hereby is, continued until May 31, 2023, allowing the parties additional time to engage plea negotiations and/or preparations for trial; and it is further

ORDERED that the period from the date of this order through May 31, 2023 be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL A. SHIPP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Trenton, New Jersey

Form and entry
consented to:

 */s/ Martha Nye*
MARTHA NYE
Assistant U.S. Attorney

s/ *David Schroth*
DAVID SCHROTH, ESQ.
Counsel for defendant Michael Delahanty